**Order entered November 1, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00676-CV

### RUTH TORRES, Appellant

### V.

### MARIE DIAZ, ET AL., Appellees

### On Appeal from the 44th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-16-08711

## ORDER

Before the Court is the October 30, 2018 motion of appellees Marie Diaz, Mark Galvan, and Pursuit of Excellence, Inc. for an extension of time to file a brief. We **GRANT** the motion and extend the time to **November 19, 2018**.

/s/    ADA BROWN
        JUSTICE